# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
**ESTHER SALAS**
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 5076
NEWARK, NJ 07101
973-297-4887

September 20, 2019

## LETTER ORDER

Re: *Pagoulatos, et al. v. Bright Mountain Media, Inc., et al.*
<u>Civil Action No. 18-11357 (ES) (SCM)</u>

Dear counsel:

On June 20, 2019, Plaintiffs Harry G. Pagoulatos, George G. Rezitis, and Angelos Triantafillou (collectively, "Plaintiffs") moved to enforce a settlement agreement. (D.E. No. 29). Defendants Bright Mountain Media, Inc. and W. Kip Speyer filed an opposition. (D.E. No. 30).

On September 3, 2019, the Honorable Steven C. Mannion, U.S.M.J., issued a Report and Recommendation recommending that the Court deny Plaintiffs' motion. (D.E. No. 40 ("R&R")). Magistrate Judge Mannion provided the parties fourteen days to file and serve objections to the R&R pursuant to 28 U.S.C. § 636 and Local Civil Rule 72.1(c)(2). The parties did not file any objections.

The Court has reviewed the parties' submissions and has considered Magistrate Judge Mannion's R&R, and for the reasons stated therein,

IT IS on this 20th day of September 2019,

**ORDERED** that Magistrate Judge Mannion's R&R is adopted in full; and it is further

**ORDERED** that the Clerk of Court reopen this matter; and it is further

**ORDERED** that Defendants shall file a new notice of motion for their motion to dismiss; and it is further

**ORDERED** that the Clerk of Court shall TERMINATE docket entries 29 and 40.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**